UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
Nippon Yusen Kaisha Line d/b/a/ NYK Line,

                         Plaintiff,

-against-

EMU Lines PVT LTD. and OCEANLINX INTERNATIONAL LLC,

                        Defendants.
---------------------------------------------------------x

**ORDER**

09 Civ. 665 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

A suggestion of settlement having been made, it is hereby:

ORDERED that the Clerk of the Court shall mark this matter closed and all pending motions denied as moot; provided, however, that if settlement is not consummated within 30 days of the date of this Order, either party may apply by letter within the 30-day period for restoration of the action to the calendar of the undersigned.

SO ORDERED.

Dated:    New York, New York
             June 22, 2009

                                          ALVIN K. HELLERSTEIN
                                          United States District Judge